UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| MATTHEW G. SILVA, | ) | CASE NO. C04-1885-JLR-MAT |
| Plaintiff, | ) | |
| v. | ) | MINUTE ORDER |
| LARRY MAYES, et al., | ) | |
| Defendants. | ) | |

The following Minute Order is made by direction of the court, the Honorable Mary Alice Theiler, United States Magistrate Judge:

Defendants' motion to extend time to respond to plaintiff's motion for temporary restraining order/preliminary injunction (Dkt. 64) is STRICKEN from the Court's motion's calendar. Because defendants filed a timely response to plaintiff's motion after filing the motion to extend time, the motion to extend time is moot.

DATED this 9th day of May , 2005.

BRUCE RIFKIN, Clerk

By s/ Gary W. Burnopp
Deputy Clerk

MINUTE ORDER
PAGE -1