UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MATTHEW G. SILVA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LARRY MAYES, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | CASE NO. C04-1885-JLR-MAT <br><br> ORDER DENYING PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER / PRELIMINARY INJUNCTION |

The Court, having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's motion for temporary restraining order/preliminary injunction (Dkt. 60) is DENIED; and

(3) The Clerk is directed to send copies of this Order to plaintiff and to Judge Theiler.

DATED this 3rd day of June, 2005.

s/James L. Robart
_____
JAMES L. ROBART
United States District Judge

ORDER