UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MATTHEW G. SILVA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LARRY MAYES, et al.,<br><br>　　　　Defendants. | CASE NO. C04-1885-JLR-MAT<br><br>ORDER DIRECTING RESPONSE TO MOTION FOR PRELIMINARY INJUNCTIVE RELIEF |

Plaintiff filed an ex parte motion for temporary restraining order/preliminary injunction. (Dkt. 148.) He requests in his motion that defendants return money taken from him without lawful authority. (*Id.* at 1.) The Court, having reviewed plaintiff's motion, and the balance of the record, does hereby ORDER:

(1) Plaintiff has not demonstrated, as required by Rule 65(b) of the Federal Rules of Civil Procedure, that he will suffer immediate and irreparable injury, loss, or damage before defendants can be heard in opposition. The Court therefore construes plaintiff's motion as one for preliminary injunction rather than as one for a temporary restraining order, and directs defendants to file a response to the motion within **twenty (20) days** of the entry of this Order. The Court expresses no views at this time as to the merits of plaintiff's motion.

/ / /

/ / /

ORDER
PAGE -1

01        (2)     The Clerk shall direct a copy of this Order to the parties and to the Hon. Mary

02 Alice Theiler.

03        DATED this 13th day of July, 2005.

                                        s/James L. Robart
                                        _____
                                        JAMES L. ROBART
                                        United States District Judge

Recommended for Entry
this  12th  of July, 2005.

s/ Mary Alice Theiler
United States Magistrate Judge

ORDER
PAGE -2