UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MATTHEW G. SILVA,<br><br>　　Plaintiff,<br><br>　　v.<br><br>LARRY MAYES, et al.,<br><br>　　Defendants. | CASE NO. C04-1885-JLR<br><br>ORDER RE: MOTION TO QUASH |

Plaintiff submitted a motion to quash pertaining to various orders issued by the undersigned in this matter. (Dkt. 154.) However, this motion rehashes arguments raised in plaintiff's motion for recusal, which is now pending before Chief District Judge Robert S. Lasnik. Indeed, as with his motion for recusal, plaintiff brings forth his motion to quash pursuant to 28 U.S.C. § 144. Accordingly, because the Court finds this motion redundant, plaintiff's motion to quash is DENIED.

DATED this  25th  day of July, 2005.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge

ORDER
PAGE -1