# UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF WASHINGTON (Seattle)

_____ FILED   _____ ENTERED
_____ LODGED  _____ RECEIVED

AUG - 2 2005

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____DEPUTY

| | |
|---|---|
| MATTHEW G. SILVA,<br><br>       Plaintiff - Appellant,<br>v.<br><br>LARRY MAYES, Director; et al.,<br><br>       Defendants - Appellees. | No. 05-35582<br>D.C. No. CV-04-01885-JLR<br><br><br><br>**ORDER** |

This appeal has been taken in good faith    [ ]

This appeal is not taken in good faith       [X]

Explanation:  _Appeal is contrary to established law._

_____
Judge
United States District Court

Date: August 1, 2005

04-CV-01885-APPO

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

July 28, 2005

| | |
|---|---|
| MATTHEW G. SILVA,<br><br>    Plaintiff - Appellant,<br>v.<br><br>LARRY MAYES, Director; et al.,<br><br>    Defendants - Appellees. | No. 05-35582<br>D.C. No. CV-04-01885-JLR<br><br><br>**REFERRAL NOTICE** |

    This matter is referred to the district court for the limited purpose of determining whether this appeal has been taken in good faith or is frivolous. *See* 28 USC Sec. 1915(a)(3).

    If the district court is of the opinion that this appeal is frivolous or not taken in good faith, the district court is requested to complete the attached certification form and return it to this court within 21 days. If this court does not receive a completed certification form within 21 days, it will presume that the district court considers the appeal to have been taken in good faith.

    This referral shall not affect the briefing schedule previously established by this court.

                                FOR THE COURT:

                                Cathy A. Catterson
                                Clerk of Court

                                By: Jeffery Crocker
                                Deputy Clerk