1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                          )
MATTHEW G. SILVA,                         )        No. C04-1885 JLR-MAT
                                          )
                        Plaintiff,        )
          v.                              )        ORDER DENYING MOTION FOR
                                          )        RECONSIDERATION
LARRY MAYES, *et al.*,                     )
                                          )
                        Defendants.       )
_____ )

          Plaintiff has filed a motion to reconsider this Court's order denying plaintiff's

second request to remove the Honorable Mary Alice Theiler, United States Magistrate Judge,

from this matter.   Motions for reconsideration are disfavored in this district and will be granted

only upon a "showing of manifest error in the prior ruling" or "new facts or legal authority

which could not have been brought to [the Court's] attention earlier without reasonable

diligence." Local Civil Rule 7(h)(1).  Plaintiff has not met this burden.  His first two arguments

are not based on new facts or law and do not indicate manifest error.  The third argument verges

on the illogical and, if it had any merit, should have been raised before Judge Theiler in the first

instance.  The motion for reconsideration is, therefore, DENIED.

          DATED this 17th day of August, 2005.

                                          *Mr S Lasnik*
                                          _____
                                          Robert S. Lasnik,
                                          United States District Judge

ORDER DENYING MOTION FOR
RECONSIDERATION