UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| MATTHEW G. SILVA, | ) | CASE NO. C04-1885-JLR-MAT |
| Plaintiff, | ) | |
| v. | ) | ORDER DENYING PLAINTIFF'S THIRD AND FOURTH MOTIONS FOR PRELIMINARY INJUNCTIVE RELIEF |
| LARRY MAYES, et al., | ) | |
| Defendants. | ) | |

The Court, having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's third and fourth motions for preliminary injunctive relief (Dkts. 148 & 179) are DENIED; and

(3) The Clerk is directed to send copies of this Order to plaintiff, counsel for defendants, and to Judge Theiler.

DATED this 30th day of September, 2005.

JAMES L. ROBART
United States District Judge