UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| MATTHEW G. SILVA, | ) | CASE NO. C04-1885-JLR |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER OF DISMISSAL |
| | ) | |
| LARRY MAYES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

The Court, having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's motion for partial summary judgment (Dkt. 81) is DENIED, defendants' motion for summary judgment (Dkt. 137) is GRANTED, and this matter is DISMISSED; and

(3) The Clerk is directed to send copies of this Order to plaintiff and to Judge Theiler.

DATED this 14th of February, 2006.

JAMES L. ROBART
United States District Judge

ORDER OF DISMISSAL